**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jose Luis Sanchez ADAME,
Defendant–Appellant.**

**No. 14–1909.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 15, 2015.

Filed: Jan. 21, 2015.

Kelly E. Mahoney, Maureen McGuire, Assistant U.S. Attorney, U.S. Attorney's Office, Des Moines, IA, for Plaintiff–Appellee.

Jose Luis Sanchez Adame, Youngstown, OH, pro se.

Nicholas Sarcone, Stowers & Sarcone, West Des Moines, IA, for Defendant–Appellant.

Before SMITH, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

In this direct criminal appeal, Jose Luis Sanchez Adame (Adame) challenges his sentence imposed by the district court[1] after he pleaded guilty to conspiracy to distribute 500 grams or more of a mixture or substance containing methamphetamine, and 50 grams or more of actual methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846. In a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel argues that Adame's 120–month prison sentence, a sentence below the Guidelines imprisonment range of 188–235 months, is unreasonable. The argument fails, because 120 months was the statutory minimum, the shortest sentence possible absent a government motion. *See* 21 U.S.C § 841(b)(1)(A); *United States v. Woods,* 717 F.3d 654, 659 (8th Cir.2013) (standard of review; statutory mandatory minimum sentence was shortest sentence possible absent government motion, and was not substantively unreasonable). To the extent Adame's pro se brief asserts a challenge to the district court's application of an aggravating-role enhancement in determining Adame's Guidelines imprisonment range, the enhancement had no bearing on his ultimate sentence.

We have independently reviewed the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no nonfrivolous issues. Accordingly, we affirm the district court's judgment.

---

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.